VANESSA L. HOLTON (111613)
ROBERT G. RETANA (148677)
SUZANNE C. GRANDT (304794)
MARC A. SHAPP (266805)
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA  94105-1639
Telephone: 415-538-2000; Facsimile: 415-538-2517
Email: Suzanne.grandt@calbar.ca.gov

Attorneys for Defendant State Bar of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* MOTION TO COMPEL COMPLIANCE WITH NON-PARTY SUBPOENA<br><br>in the matter of<br><br>In re LENORE LUANN ALBERT-SHERIDAN d/b/a LAW OFFICES OF LENORE ALBERT<br><br>    Debtor.<br><br>LENORE LUANN ALBERT-SHERIDAN d/b/a LAW OFFICES OF LENORE ALBERT,<br><br>                Plaintiff,<br><br>v.<br><br>MARICRUZ FARFAN, et al.,<br><br>                Defendants. | Misc. Case No. 1:22-at-00161<br><br>Underlying Litigation: 8:18-ap-01065-SC<br><br>*Albert v. Farfan, et al.*<br><br>U.S. Bankruptcy Court for the Central District of California<br><br>**DEFENDANT STATE BAR OF CALIFORNIA'S NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH THIRD-PARTY SUBPOENA**<br><br>**HEARING:**<br><br>DATE:  April 4, 2022<br>TIME:  9:00 AM<br>PLACE: To be Assigned<br>JUDGE: To be Assigned |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on April 4, 2022, at 9:00 a.m.,[1] or as soon thereafter as the matter may be heard, pursuant to Civil Local Rule 251 and Rules 37 and 45 of the Federal Rules of Civil Procedure (as made applicable to the underlying bankruptcy adversary proceeding by Rules 7037 and 9016 of the Federal Rules of Bankruptcy Procedure), Defendant State Bar of California will and hereby does move this Court for an Order compelling Non-Party Witness Leslie Westmoreland to comply with the subpoena issued by Defendant State Bar by attending the deposition and providing testimony, or be held in contempt of court pursuant to Rule 45(g) of the Federal Rules of Civil Procedure.

Pursuant to Civil Local Rule 251(a), (c), and (d), a Joint Statement re Discovery Disagreement or appropriate affidavit will be filed not later than 14 days prior to the hearing.

Dated: March 14, 2022         Respectfully submitted,

                              SUZANNE C. GRANDT


                              By:/s/ *SUZANNE C. GRANDT*
                                  SUZANNE C. GRANDT
                                  Attorney for Defendant
                                  State Bar of California

---

[1] This motion will be re-noticed promptly in accordance with the calendar and procedures of the assigned judge, once the judge is assigned.

1

State Bar Defendant's Notice of Motion and Motion to Compel Compliance with Non-Party Subpoena

# PROOF OF SERVICE

I, Joan Randolph, hereby declare: that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the City and County of San Francisco, that my business address is The State Bar of California, 180 Howard Street, San Francisco, CA 94105.

On March 14, 2022, I served a copy of:

**DEFENDANT STATE BAR OF CALIFORNIA'S NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH THIRD-PARTY SUBPOENA**

on the party(s) listed below:

| | |
|---|---|
| Lenore Albert | Leslie Westmoreland |
| 31872 Joshua Dr #22C | 4235 North College Avenue |
| Trabuco Canyon, CA 92679 | Fresno, CA 93704 |
| lenorealbert@msn.com | leslieww1@gmail.com |
| LenAlbert@InteractiveCounsel.com | Non-Party Witness |
| Pro Per | |

☒ **By first class mail** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the office's daily mail processing center for mailing in the United States mail at San Francisco, California.

☒ **By electronic mail** by personally transmitting a true copy thereof via an electronic mail service connected to the internet, addressed to the email address listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on March 14, 2022.

*/s/ Joan Randolph*
Joan Randolph